1  Stephanie Van Marter
   Acting United States Attorney
2  Eastern District of Washington
   Lisa C. Cartier Giroux
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5
                  UNITED STATES DISTRICT COURT
6              FOR THE EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,
                                    Case No.: 2:25-cr-00113-RLP-7
8              Plaintiff,

9         v.                        Motion for Detention

10 BOBBI LEE SILVA,

11             Defendant.

12

13     The United States moves for pretrial detention of Defendant, pursuant to

14 18 U.S.C. § 3142(e) and (f).

15 A.   <u>18 U.S.C. § 3142(e) and (f)</u>

16     1.    <u>Eligibility of Case</u>

17     This case is eligible for a detention order because the case involves (check

18 one or more):

19     ☐     Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which

20 includes any felony under Chapter 77, 109A, 110 and 117);

21     ☐     A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

1  ☐     An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum
2  penalty of 10 years or more;
3       ☐     Maximum penalty of life imprisonment or death;
4       ☐     Drug offense with maximum penalty of 10 years or more;
5       ☐     Felony, with two prior convictions in above categories;
6       ☐     Felony that involves a minor victim or that involves the possession or
7  use of a firearm or destructive device as those terms are defined in 18 U.S.C.
8  § 921, or any other dangerous weapon, or involves a failure to register under
9  18 U.S.C. § 2250;
10      ☐ Minor Victim        ☐ Firearm        ☐ Destructive Device
11      ☐ Dangerous Weapon        ☐ Failure to Register
12      ☐     Serious risk Defendant will flee (as specified below); or
13      ☒     Serious risk obstruction of justice.
14      Click or tap here to enter text. (Delete if not using)
15   2.   Reason for Detention
16      The Court should detain Defendant because there is no condition or
17  combination of conditions which will reasonably assure (check one or both):
18      ☒     Defendant's appearance as required; or
19      ☒     Safety of any other person and the community.
20   3.   Rebuttable Presumption.
21      The United States

Motion for Detention - 2

☐ will

☒ will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐ Drug offense with maximum penalty of 10 years or more;

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐ An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

B. <u>No Contact Order</u>

Motion for Detention - 3

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

The United States will request additional conditions at the initial appearance.

Dated: July 15, 2025.

Stephanie Van Marter
Acting United States Attorney

s/ Lisa C. Cartier Giroux
Lisa C. Cartier Giroux
Assistant United States Attorney

Motion for Detention - 4

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generates a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Lisa C. Cartier Giroux</u>
Lisa C. Cartier Giroux
Assistant United States Attorney